DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, California 95814
Tel: (916) 498-9871


Attorney for Defendant
KALIN ROBERT KOEHNEN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No.  CR.S. 16-00132-KJN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE INITIAL APPEARANCE |
| V. | ) ) | Date:   SEPTEMBER 7, 2016 |
| KALIN ROBERT KOEHNEN | ) ) | Time:   9:00 a.m. Judge: Hon. KENDALL J. NEWMAN |
| Defendant. | ) ) ) | |

It is hereby stipulated and agreed to by the United States of America through TALHA M. KHAN, Special Assistant United States Attorney, and defendant, KALIN ROBERT KOEHNEN, by and though his counsel, DENNIS S. WAKS,  that the Initial Appearance set for August 3, 2016, be continued to an Initial Appearance on Wednesday, September 7, 2016, at 9:00 a.m. This continuance is being requested because defense counsel is just entering his appearance of record today, and he needs additional time to prepare, to review the anticipated discovery and to interview witnesses, none of whom live in Sacramento County.  Counsel for Mr. Koehnen will need additional time to go to the scene in Butte County, to meet with Mr. Koehnen, who lives in another county and then meet with the Government to discuss a possible resolution.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

-1-

(18 U.S.C. §3161(h)(7)(A)). Speedy trial time is to be excluded from the date of this Order through the date of the Initial Appearance set for September 7, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 29, 2016                    Respectfully submitted,

/s/ Dennis S. Waks

DENNIS S. WAKS
Attorney for Defendant
KALIN ROBERT KOEHNEN

DATED: July 29, 2016                    PHILLIP A. TALBERT
                                        Acting United States Attorney

/s/ Dennis S. Waks for

TALKA M. KHAN
Special Assistant U.S. Attorney

**O R D E R**

Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including

September 7, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new Initial Appearance date is hereby set for September 7, 2016, at 9:00 a.m.

Dated:  August 1, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE