DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, California 95814
Tel: (916) 498-9871

Attorney for Defendant
KALIN ROBERT KOEHNEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> V. ) <br> ) <br> KALIN ROBERT KOEHNEN ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. CR.S. 16-00132-KJN <br><br> STIPULATION AND ORDER TO <br> CONTINUE INITIAL APPEARANCE <br><br> Date:  OCTOBER 12, 2016 <br> Time: 9:00 a.m. <br> Judge: Hon. KENDALL J. NEWMAN |

It is hereby stipulated and agreed to by the United States of America through TALHA M. KHAN, Special Assistant United States Attorney, and defendant, KALIN ROBERT KOEHNEN, by and though his counsel, DENNIS S. WAKS,  that the Initial Appearance set for September 7, 2016, be continued to an Initial Appearance on Wednesday, October 12, 2016, at 9:00 a.m.  This continuance is being requested because defense counsel  recently entered his appearance of record , and he needs additional time to prepare, to review the  discovery and to interview witnesses, none of whom live in Sacramento County.  Counsel for Mr. Koehnen will need additional time to go back to the scene in Butte County, to again meet with Mr. Koehnen, who lives in another county and then meet with the Government to discuss a possible resolution. Counsel for the defendant just received 185 pages of discovery and 11 video files, both by electronic format; due to the large size of the files, they could not be copied onto a CD.  Counsel

-1-

is attempting to use this additional time to help resolve this case before the court appearance, thus attempting to save this Court a valuable resource- time.

Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. (18 U.S.C. §3161(h)(7)(A)).  Speedy trial time is to be excluded from the date of this Order through the date of the Initial Appearance set for October 12, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 1, 2016          Respectfully submitted,

/s/ Dennis S. Waks

DENNIS S. WAKS
Attorney for Defendant
KALIN ROBERT KOEHNEN

DATED: September 1, 2016          PHILLIP A. TALBERT
                                  Acting United States Attorney

/s/ Dennis S. Waks for

TALKA M. KHAN
Special Assistant U.S. Attorney

**O R D E R**

Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the

interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including October 12, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new Initial Appearance date is hereby set for October 12, 2016 at 9:00 a.m.

Dated:  September 2, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE