PHILLIP A. TALBERT
Acting United States Attorney
TALHA M. KHAN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>KALIN ROBERT KOEHNEN,<br><br>                    Defendant. | 2:16-CR-132-KJN<br><br>STIPULATION TO VACATE INITIAL APPEARANCE<br><br>DATE: OCTOBER 12, 2016<br>TIME: 9:00 AM<br>JUDGE: HON. KENDALL J. NEWMAN |

   The parties have entered a Deferred Prosecution Agreement in this case set to expire on September 13, 2019.  Accordingly, it is hereby stipulated and agreed by the United States, by and through its undersigned counsel, and Defendant, Kalin Robert Koehnen, by and through his undersigned counsel, that the initial appearance currently set for October 12,2016 at 9:00 a.m. be vacated.  The parties will contact the Court if any further proceedings are necessary in this case prior to the expiration of the deferred prosecution agreement.

//

//

```
DATED: September 13, 2016        PHILLIP A. TALBERT
                                 Acting United States Attorney


                           By:   /s/ Talha M. Khan
                                 TALHA M. KHAN
                                 Special Assistant U.S. Attorney

DATED: September 13, 2016


                           By:   /s/ Dennis S. Waks
                                 DENNIS S. WAKS
                                 Counsel for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-132-KJN |
| | ) | |
| Plaintiff, | ) | ORDER TO VACATE INITIAL APPEARANCE |
| | ) | |
| v. | ) | DATE: OCTOBER 12, 2016 |
| | ) | TIME: 9:00 AM |
| KALIN ROBERT KOEHNEN, | ) | JUDGE: HON. KENDALL J. NEWMAN |
| | ) | |
| Defendant. | ) | |

<u>ORDER</u>

It is hereby ordered that the initial appearance hearing presently set for October 12, 2016, at 9:00 a.m., be vacated.

Dated:  September 14, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE