McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-CR-00132 KJN |
|---|---|
| Plaintiff, | ORDER DISMISSING CASE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| KALIN ROBERT KOEHNEN, | |
| Defendant. | COURT: Hon. Kendall J. Newman |

**ORDER**

Upon motion of the United States of America and pursuant to Federal Rule of Criminal Procedure 48(a), IT IS HEREBY ORDERED that all counts in the Information against defendant in this case (ECF 1) are dismissed without prejudice.

Dated: October 2, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING CASE
US v. KOEHNEN 2:16-CR-132 KJN

1